REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 515
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves (SBN 011677)
  dreaves@reaves-law.com
Misty Weniger Weigle (SBN 027222)
  mweigle@reaves-law.com
Special Counsel for Consolidated Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| OPT CO, an Arizona corporation, *et al.*, | Case No. 4:17-bk-06091-BMW |
| Debtors. | Adv. No. 4:19-ap-00202-BKM |
| | Substantively Consolidated: |
| This filing applies to: | Case No. 4:17-bk-06092-BMW<br>Case No. 4:17-bk-06093-BMW<br>Case No. 4:17-bk-06094-BMW<br>Case No. 4:17-bk-06095-BMW<br>Case No. 2:17-bk-06096-BMW<br>Case No. 4:17-bk-06097-BMW<br>Case No. 2:17-bk-06100-BMW |
| ☐ All Debtors | |
| ☒ Consolidated Debtors<br>    Opt Co<br>    4K Builders, Inc.<br>    4K Properties, Ltd.<br>    BLU Enterprises, Inc.<br>    Vintage Millworks, Inc.<br>    Southwest Renewable Resources, LLC<br>    Opt Co Residential Painting, LLC<br>    Arizona Steel Finishing, LLC | Jointly Administered:<br><br>Case No. 2:17-bk-06098-BMW |
| ☐ Jointly Administered Debtor<br>    Arizona Natural Resources Products, LLC | **DECLARATION OF SERVICE OF COMPLAINT TO AVOID PREFERENTIAL TRANSFER RECEIVED BY DEFENDANT WOODGLEN OPPORTUNITIES, INC. UNDER 11 U.S.C. § 547 AND SUMMONS** |

1 In re:

2 OPT CO, an Arizona corporation, *et al.,*

3                 Plaintiff,

4 v.

5 WOODGLEN OPPORTUNITIES, INC., an Arizona corporation,

6

7                 Defendant,

Misty W. Weigle, upon my oath hereby declare as follows:

1. I am an attorney of record in this matter and am authorized to make this Declaration on behalf of Opt. Co., plaintiff herein. I am a citizen of the United States, over the age of eighteen years and am otherwise competent to testify to the facts stated herein. I make this Declaration as evidence of service of the following: Complaint to Avoid Preferential Transfer Received by Woodglen Opportunities, Inc. Under 11 U.S.C. § 547 and Summons ("Complaint and Summons").

2. Copies of the Complaint and Summons were dispatched via first class mail to the following parties on June 11, 2019:

        Woodglen Opportunities, Inc.
        c/o Joe L. Cook – Statutory Agent
        3463 South Rim Road
        Gilbert, Arizona 85297

3. I, Misty W. Weigle, declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

DATED this 2nd day of August, 2019.

                              REAVES LAW GROUP

                              By: */s/ Misty W. Weigle* (SBN 027222)
                                  David M. Reaves
                                  Misty W. Weigle,
                                  Special Counsel for Consolidated Debtors