REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 515
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves (SBN 011677)
  dreaves@reaves-law.com
Misty Weniger Weigle (SBN 027222)
  mweigle@reaves-law.com
Special Counsel for Consolidated Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| OPT CO, an Arizona corporation, *et al.,* | Case No. 4:17-bk-06091-BMW |
| Debtors. | Adv No. 4:19-bk-00202-BMW |
| | Substantively Consolidated: |
| | Case No. 4:17-bk-06092-BMW<br>Case No. 4:17-bk-06093-BMW<br>Case No. 4:17-bk-06094-BMW<br>Case No. 4:17-bk-06095-BMW<br>Case No. 2:17-bk-06096-BMW<br>Case No. 4:17-bk-06097-BMW<br>Case No. 2:17-bk-06100-BMW |
| This filing applies to:<br><br>☐ All Debtors<br><br>☒ Consolidated Debtors<br>   Opt Co<br>   4K Builders, Inc.<br>   4K Properties, Ltd.<br>   BLU Enterprises, Inc.<br>   Vintage Millworks, Inc.<br>   Southwest Renewable Resources, LLC<br>   Opt Co Residential Painting, LLC<br>   Arizona Steel Finishing, LLC<br><br>☐ Jointly Administered Debtor<br>   Arizona Natural Resources Products, LLC | Jointly Administered:<br><br>Case No. 2:17-bk-06098-BMW<br><br>**Plaintiff's Notice of Service of Initial Rule 26(a) Disclosure Statement** |

In re:

OPT CO, an Arizona corporation, *et al.,*

      Plaintiff,

v.

WOODGLEN OPPORTUNITIES, INC., an Arizona corporation,

      Defendant.

  Plaintiff Consolidated Debtors ("Plaintiff") hereby notifies that Court that that service of Plaintiff's Initial Rule 26(a) Disclosure Statement was made to Defendant on September 18, 2019.

  DATED this 23rd day of September, 2019.

                REAVES LAW GROUP

                By: */s/ Misty W. Weigle* (SBN 027222)
                   David M. Reaves
                   Misty W. Weigle,
                   Attorney for Plaintiff

ORIGINAL of the foregoing EMAILED
this 23rd day of September, 2019, to:

Harold E. Campbell
Law Offices of Campbell & Coombs, P.C.
heciii@haroldcampbell.com
Attorney for Defendants

*/s/ Misty W. Weigle*

2

Case 4:19-ap-00202-BMW Doc 11 Filed 09/23/19 Entered 09/23/19 11:53:07 Desc
Main Document Page 2 of 2