# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

## Hearing Information:

| | |
|---|---|
| **Debtor:** | OPT CO |
| **Case Number:** | 4:17-BK-06091-BMW  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 23, 2019 02:30 PM   COURTROOM 446 |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | WESLEY STANGRET |
| **Audio File Name:** | THL01226935.MP3 |
| **Audio File Size:** | 3,430 KB |
| **Audio File Length:** | 00:07:19 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## Matters:

1) **ADV: 4-19-00202**
   **OPT CO vs WOODGLEN OPPORTUNITIES, INC.**
   INITIAL RULE 7016 SCHEDULING CONFERENCE
   **R / M #:**   4 / 0

2) **ADV: 4-19-00198**
   **OPT CO vs Fayetta Kauffman**
   INITIAL RULE 7016 SCHEDULING CONFERENCE
   **R / M #:**   10 / 0

# Audio Record of Hearing Held