# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| OPT CO, an Arizona corporation, *et al.,* | Case No. 4:17-bk-06091-BMW |
| Debtors. | Adv No. 4:19-ap-00202-BMW |
| | Substantively Consolidated: |
| This filing applies to: | Case No. 4:17-bk-06092-BMW<br>Case No. 4:17-bk-06093-BMW |
| ☐ All Debtors | Case No. 4:17-bk-06094-BMW<br>Case No. 4:17-bk-06095-BMW |
| ☒ Consolidated Debtors<br>   Opt Co<br>   4K Builders, Inc.<br>   4K Properties, Ltd.<br>   BLU Enterprises, Inc.<br>   Vintage Millworks, Inc.<br>   Southwest Renewable Resources, LLC<br>   Opt Co Residential Painting, LLC<br>   Arizona Steel Finishing, LLC | Case No. 2:17-bk-06096-BMW<br>Case No. 4:17-bk-06097-BMW<br>Case No. 2:17-bk-06100-BMW<br><br>Jointly Administered:<br><br>Case No. 2:17-bk-06098-BMW<br><br>**STIPULATED RULE 7026(f)**<br>**SCHEDULING PLAN AND ORDER** |
| ☐ Jointly Administered Debtor<br>   Arizona Natural Resources Products, LLC | **Hearing Date: September 23, 2019**<br>**Hearing Time: 2:30 p.m.** |

In re:

OPT CO, an Arizona corporation, *et al.,*

                Plaintiff,

v.

WOODGLEN OPPORTUNITIES, INC., an Arizona corporation,

                Defendant,

The Court having considered the stipulation by and between plaintiff Opt Co, Inc. and Consolidated Debtors ("Plaintiff"), and defendant Woodglen Opportunities, Inc. ("Defendant") (collectively referred to as the "Parties"), as evidenced by the signature of counsel below, and upon further good cause appearing,

**THE COURT FINDS** as follows:

A.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157;

B.    This matter is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(F);

C.    Venue of this adversary proceeding is appropriate in this Court pursuant to 28 U.S.C. § 1409;

D.    The Parties have consented to the Court's entry of a final order or judgment in this adversary proceeding;

E.    The Parties believe that a trial shall be required, and estimate that 2 days shall be required for trial;

F.    The Parties believe that expert testimony may be required;

G.    The Parties do not believe that any changes should be made in the timing, form, or requirement of disclosures under Rule 26(a);

H. The Parties do not believe that any changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure, Bankruptcy Rules, and/or by applicable local rules; and

I. The Parties have exchanged their Initial Disclosure Statements pursuant to Bankruptcy Rule 7026(a)(1).

**IT IS ORDERED** as follows:

1. The Parties represent that they have disclosed the identity of all known non-expert witnesses and the anticipated areas of testimony of each witness in connection with their Initial Disclosure Statements. This Order does not replace the Parties' obligations under Rule 26(e) to disclose any additional or corrective information on an on-going basis as such information becomes known.

2. The Parties shall disclose each area of expert testimony to be offered and the identity of each expert witness, if any, no later than 5:00 p.m. on December 6, 2019; provided, however, that if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by any other party, the disclosure of the expert identity and area of testimony shall be no later than January 10, 2020.

3. Expert reports shall be exchanged no later than 5:00 p.m. on February 7, 2020, other than the reports of rebuttal experts, which shall be exchanged no later than 5:00 p.m. on March 6, 2020.

4. Any and all discovery requests shall be served no later than 5:00 p.m. on April 10, 2020.

5. All expert and non-expert discovery shall be concluded no later than May 8, 2020.

6. Any motions to amend the pleadings filed herein or to join other parties must be filed no later than 30 days prior to the final pretrial conference.

7. Dispositive motions shall be filed no later than June 8, 2020.

8. A final pretrial conference is scheduled for **July 13, 2020**, at **2:45 PM**, in Courtroom 446, at the James A. Walsh Courthouse, 38 S. Scott Avenue, Tucson, Arizona 85701. Parties may also appear in Courtroom 300, located at the United States Bankruptcy Court located at 230 North First Avenue, Courtroom 300, Phoenix, Arizona 85003.

DATED AND SIGNED ABOVE.

APPROVED AS TO FORM AND CONTENT BY:

REAVES LAW GROUP

By: /s/ *David M. Reaves* (SBN 01167)
    David M. Reaves
    Misty W Weigle,
    Attorneys for Plaintiff

CAMPBELL & COOMBS, PLC

By: /S/ *Harold Campbell* (SBN 005160) with permission
    Harold Campbell,
    Attorney for Defendant